UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff-Respondent,                         Case No. 11-20141
                                                                          Honorable Thomas L. Ludington

v.

MATTHEW ALLEN JORDAN,

       Defendant-Petitioner .
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING PETITIONER'S MOTION TO VACATE SENTENCE**

Petitioner Matthew Jordan filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255 on December 13, 2012. On January 8, 2013, Magistrate Judge Charles E. Binder issued a report recommending the motion be denied. Judge Binder maintained that no material factual dispute existed to warrant an evidentiary hearing. Rep. & Rec. 9, ECF No. 37. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Additionally, Petitioner's failure to object to the magistrate judge's report and recommendation constitutes a waiver of his right to appeal. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005). *See also United States v. Campbell*, 261 F.3d 628, 631–32 (6th Cir. 2001) (The defendant waived his right to appeal by failing to file objections to magistrate judge's Report and Recommendation); *Arn*, 474 U.S. at 155 (upholding 6th Circuit practice against due process challenge). Therefore, a certificate of appealability is not warranted in this case.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation, ECF No. 37, is **ADOPTED**.

It is further **ORDERED** that Petitioner's motion to vacate sentence, ECF No. 33, is **DENIED**.

It is further **ORDERED** that a certificate of appealability is **DENIED**.

Dated: January 30, 2013                  s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail, and on Matthew Allen Jordan #45242-039, Marion U.S. Penitentiary, P.O. Box 1000, Marion, IL 62959 by first class U.S. mail on January 30, 2013.

s/Tracy A. Jacobs
TRACY A. JACOBS